UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

            v.
                                        Case No. 13-mc-18-PB

Matthew C. Bouchard


O R D E R

    No objection having been filed, I herewith approve the Report
and Recommendation of Magistrate Judge Landya B. McCafferty dated
May 22, 2013.

    The Taxpayer, Matthew C. Bouchard, is ordered to appear on July
17, 2013, at 9:00 a.m., at the IRS office located at 1000 Elm Street,
Manchester New Hampshire, before Revenue Officer Denice Gallagher
(or any other authorized Revenue Officer of the IRS) to give testimony
and produce all books and records in his possession or control
required and called for by the terms of the summons of November 1,
2012. It is further ordered that the government be awarded its costs.

    "'[O]nly those issues fairly raised by the objections to the
magistrate's report are subject to review in the district court and
those not preserved by such objection are precluded on appeal.'"
School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st
Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs.,
848 F.2d 271, 275 (1st Cir.1988));  see also United States v.

<u>Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

      SO ORDERED.

                           /s/ Paul Barbadoro
                           Paul Barbadoro
                           United States District Judge

Date: June 10, 2013

cc:  T. David Plourde, Esq.
     Matthew C. Bouchard, pro se